IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WADE PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-039 |
| | ) | |
| WARDEN PHILBIN; WARDEN HARVEY; | ) | |
| UNIT MANAGER MR. HARMON; | ) | |
| SGT. ESER; SGT. CRITE; CO-ONE | ) | |
| MR. HILL; CO-TWO MS. WADE; UNIT | ) | |
| MANAGER BROWN; COUNSELORS LLC; | ) | |
| COUNSELOR MR. WEATHERFORD; and | ) | |
| COUNSELOR MR. GRAY, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 16th day of August, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA