AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTOPHER WADE PAYNE,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV122-39

UNIT MANAGER MR. HARMON; WARDEN PHILBIN; WARDEN MS. HARVEY; SGT. ESER; SGT. CRITE; CO-ONE MR. HILL; CO-TWO MS. WADE; UNIT MANAGER BROWN; COUNSELORS LLC; COUNSELOR MR. WEATHERFORD; COUNSELOR MR. GRAY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated August 16, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's complaint is dismissed for failure to state a claim upon which relief may be granted. This action stands closed.

August 16, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020